UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| CIENA CAPITAL LLC f/k/a BUSINESS LOAN EXPRESS, LLC, et al., | Case No. 08-13783 (AJG) |
| Debtors.[1] | (Jointly Administered) |

**ORDER SEALING (A) THE *EMERGENCY* MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN *EX PARTE* ORDER AUTHORIZING (I) THE FILING OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION UNDER SEAL, AND (II) THE FILING OF A PARTIALLY REDACTED VERSION OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION ON THE COURT'S PUBLIC DOCKET IN THE DEBTORS' CASES, AND (B) ANY RELATED ORDER**

Upon consideration of the *ex parte* letter request (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), seeking entry of an order, pursuant to Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), sealing the (a) the *Emergency Motion of the Debtors and Debtors-In-Possession for Entry of an Ex Parte Order Authorizing (I) the Filing of the Joint Chapter 11 Plan of Reorganization Under Seal, and (II) the Filing of a Partially Redacted Version of the Joint Chapter 11 Plan of Reorganization on the Courts Public Docket in the Debtors' Cases* [Docket No. 1245] (the "Emergency Motion"), and (b) any order that may be entered in connection with the Emergency Motion; and the Court finding: (a) it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the *Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York*,

---

[1] The other Debtors are the following: Ciena Capital Funding LLC f/k/a BLX Capital, LLC; BLX Commercial Capital, LLC; Business Loan Center, LLC; BLX Holdings Corp.; BLX Capital Real Estate, LLC; BLX Commercial Capital Real Estate, LLC; BLC Real Estate, LLC; BLX Capital Real Estate (Berlin), LLC; BLC Real Estate (UPC Petroleum), LLC; and BLC Real Estate (Texas), LLC.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

dated July 14, 1984 (Ward, Acting C.J.); (b) consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (d) pursuant to Bankruptcy Rule 9018, no notice of the Motion is necessary; and (e) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Bankruptcy Rule 9018, the Clerk of the United States Bankruptcy Court for the Southern District of New York shall be, and hereby is, directed to place the Emergency Motion and any order that may be entered by the Court in connection therewith under seal.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon is entry.

3. To the extent this Order is inconsistent with the Motion, this Order shall govern.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      March 29, 2010

                                                **s/Arthur J. Gonzalez**
                                                THE HONORABLE ARTHUR J. GONZALEZ
                                                CHIEF UNITED STATES BANKRUPTCY JUDGE