```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
In re:                            :   Chapter 11
                                  :
Ciena Capital LLC f/k/a   ,       :   Case No. 08-13783(AJG)
                                  :
Business Loan Express, LLC, et al.,:
                                  :
         Debtor(s).               :
                                  :
----------------------------------X
```

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 3/29/2010, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.