UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

| | |
|---|---|
| In Re: | Chapter 11 Case No. 08-13783(AJG) |
| Ciena Capital LLC. | |
| Debtors: | |

CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED ON MARCH 31, 2010 UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED MARCH 29, 2009
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.