## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re:                                  :       Chapter 11
                                        :
**CIENA CAPITAL LLC F/K/A BUSINESS**    :
**LOAN EXPRESS, LLC et al**             :       Case No: 08-13783
                                        :       Jointly Administered
            **Debtors**                 :
---------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING DEFECTIVE NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1) and/or (e) (2)

STATE OF  NEW YORK      )
                        )       SS:
COUNTY OF NEW YORK      )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 1st day of June, 2010, I received a copy of a Notice of Transfer for Docket No. #1371 as printed from the docket maintained by the court for the captioned debtors.

4. On the 1st day of June, 2010, I sent a copy of the Defective Notice of Transfer of claim pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of June, 2010 at New York, New York.

                                        By _____
                                                    Tina Carr

Sworn before me this
_1st_ day of _June_ 2010

_____
        Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

DATE: June 1, 2010

TO: Mr. Mark Diamond, Operations Manager
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

FROM: Lillian Jordan, Supervisor
Claims Processing Department
Donlin, Recano & Company, Inc.
419 Park Avenue South
Suite 1206
New York, NY 10016

RE: DEBTOR: CIENA CAPITAL LLC, ET AL
CASE NO. 08-13783

NOTICE OF DEFECTIVE TRANSFER:

DOCKET #1371     DATE 5/27/10

TRANSFEROR: NORMAN BENEDICT ASSOC., INC.

**The Notice of Transfer as presented is defective for the reason(s) below:**

NOTICE OF TRANSFER FILED AGAINST WRONG DEBTOR

If you should have any questions, please contact me at (212) 481-1411.

Thank you.


Claims Processing Dept

Attachment(s)

# United States Bankruptcy Court

#1371
527-10

## For the Southern District of New York

In re Ciena Capital Llc, Et Al., Case No. 08-13783

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Claims Recovery Group LLC
Name of Transferee

Norman Benedict Assoc., Inc.
NAME of Transferor

Name and Address where notices to transferee should be sent:

Claims Recovery Group LLC
92 Union Ave
Cresskill, NJ 07626

Phone: (201) 266-6988
Last Four Digits of Acct#:_____

Court Claim# (if known): 297

Amount of Claim:
Scheduled:         $7,000.00
Proofs of Claim:   $7,728.00
Date Claim Filed:  01/20/2009

Phone:
Last Four Digits of Acct#:_____

Name and Address where Transferee payments should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DONLIN, RECANO & CO.**

By:/s/ Allison R. Axenrod    Date: May 27 2010
Transferee/Transferee's Agent

**JUN 1 2010**

**CLAIMS PROCESSING DEPT**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

## For the Southern District of New York

In re Ciena Capital Llc, Et Al. , Case No. 08-13783

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 297 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 27 2010.

| | |
|---|---|
| Claims Recovery Group LLC | Norman Benedict Assoc., Inc. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| 92 Union Avenue, Cresskill, NJ 07626 | 2795 Whitney Avenue , , Hamden , CT 6518 |
| Address of Alleged Transferor | Address of Transferee |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

## NOTICE OF TRANSFER AND WAIVER

Norman Benedict Assoc., Inc. ("Seller"), sells, transfers and assigns unto Claims Recovery Group LLC, with an address at 92 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Business Loan Center, Llc or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of $7,000.00, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the Southern District of New York, jointly administered as Case No. 08-13783.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 05/25/2010.

By: /s/ Norman Benedict
    Signature

   Norman Benedict
   Print Name/Title
   Norman Benedict Assoc., Inc.

IN WITNESS WHEREOF, Purchaser has signed below as of Thursday, May 27, 2010.

By: /s/ Robert Axenrod
 Robert M. Axenrod, Claims Recovery Group LLC