# EXHIBIT 6

## UNAUDITED PRO FORMA CONSOLIDATED BALANCE SHEET AND PROJECTED FINANCIAL INFORMATION

## UNAUDITED PRO FORMA CONSOLIDATED BALANCE SHEET

The Unaudited Pro Forma Consolidated Balance Sheet presented below is based upon the historical consolidated financial position of the Debtors as of March 31, 2010. The pro forma adjustments made to the historical consolidated balance sheet (based on the assumptions set forth below) give effect to the Reorganization as if that entire series of transactions had occurred on March 31, 2010. The pro forma consolidated balance sheet is unaudited and was derived by adjusting the historical balance sheet of the Debtors for certain transactions as described in the respective notes thereto. THIS PRO FORMA BALANCE SHEET IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED TO BE INDICATIVE OF THE FINANCIAL CONDITION OF THE DEBTORS HAD THE TRANSACTIONS DESCRIBED THEREIN BEEN CONSUMMATED ON THE DATE INDICATED AND ARE NOT INTENDED TO BE PREDICTIVE OF THE FINANCIAL CONDITION OF THE DEBTORS AT ANY FUTURE DATE.

The pro forma adjustments are based on available information and certain assumptions that the Debtors believe are reasonable under the circumstances. The independent auditors of Ciena Capital LLC ("Ciena") have neither examined nor compiled the Unaudited Pro Forma Consolidated Balance Sheet and, accordingly, assume no responsibility for it. The Projections (defined below) were prepared based upon the Debtors' unaudited financial information as of March 31, 2010. The actual audited operating results and financial information for the Debtors may materially differ from the unaudited financial information upon which the Projections are based because of, among other things, adjustments, if any, resulting from completion of an audit.

# CIENA CAPITAL LLC
## PRO FORMA CONSOLIDATED BALANCE SHEET
### March 31, 2010
### (Unaudited)
### (AMOUNTS IN THOUSANDS)

| | Note | Historical | Adjustments For Reorganization | | Pro Forma After Reorganization |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Loans receivable, net | | $ 61,690 | $ (22,184) | (1) | $ 39,506 |
| Accounts and other receivables | | 35,785 | (13,350) | (1) | 22,435 |
| Residual interest | | 43,917 | - | | 43,917 |
| Servicing rights | | 5,171 | - | | 5,171 |
| Other assets | | 15,566 | (10,613) | (1) | 4,953 |
| Defaulted loans in securitization | A | 247,994 | - | | 247,994 |
| Cash | | 14,812 | (11,812) | (2) | 3,000 |
| Restricted cash | | 20,177 | - | | 20,177 |
| **Total Assets** | | $ 445,112 | $ (57,958) | | $ 387,154 |
| **LIABILITIES AND MEMBERS' EQUITY** | | | | | |
| **LIABILITIES** | | | | | |
| Senior revolving credit line | | $ 324,000 | $ (324,000) | (3) | $ - |
| Term note payable to Ares Capital | | - | 32,000 | (4) | 32,000 |
| Line of credit from Ares Capital | | - | 6,889 | (2) | 6,889 |
| Due to Ares Capital | | 97,400 | (97,400) | (3) | - |
| Allowance for future repurchases from securitizations | A | 247,994 | - | | 247,994 |
| Due to participants | | 13,940 | - | | 13,940 |
| Borrower deposits | | 6,581 | - | | 6,581 |
| Other liabilities | | 6,307 | (4) | (2) | 6,303 |
| Liabilities subject to compromise | | 24,858 | (23,858) | (2) | 1,000 |
| **Total Liabilities** | | 721,080 | (406,373) | | 314,707 |
| **MEMBERS' EQUITY** | | | | | |
| Members' interests | | 266,491 | (22,000) | (4) | 244,491 |
| Accumulated earnings/(deficit) | | (542,459) | 370,415 | (4), (5) | (172,044) |
| **Total Members' Equity/(Deficit)** | | (275,968) | 348,415 | | 72,447 |
| **Total Liabilities and Members' Equity/(Deficit)** | | $ 445,112 | $ (57,958) | | $ 387,154 |

Note A: The Company's securitizations permit, but do not obligate, the Company to repurchase certain defaulted loans from the securitization trusts. Accounting pronouncements require that the Company present these loans as if they will be repurchased, even though the Company does not intend to do so and it has no legal ownership of such loans.

(1) To reflect resolution of matters with the Small Business Administration (SBA) per the SBA Settlement Agreement.
(2) To record resolution of various claims and payment of various settlement funds.
(3) To record extinguishment of debt.
(4) To record funding of term note from Ares Capital - $22 million recorded as reclassification from Members' interests and $10 million recorded as reclassification from deficit.
(5) To record the net gain on extinguishment of debt and resolution of other matters as detailed below (dollar amounts in thousands):

|  | March 31, 2010 | September 30, 2010 |
|---|---|---|
| Extinguishment of senior revolving credit line | $324,000 | $324,000 |
| Extinguishment of due to Ares Capital | 97,400 | 97,400 |
| Extinguishment of certain liabilities subject to compromise | 8,163 | 8,163 |
| Elimination of other liabilities | 4 | 4 |
| Net gain on extinguishment of debt | 429,567 | 429,567 |
| Resolution of matters with the SBA | (46,147) | (48,366) |
| Resolution of various claims and professional fee payments | (3,005) | (3,005) |
| Total reorganization expenses | (49,152) | (51,371) |
| Reclassification from accumulated earnings/(deficit) to term note payable to Ares Capital | (10,000) | (10,000) |
| Total change in deficit | $370,415 | $368,196 |

# PROJECTED FINANCIAL INFORMATION

The following Projections (as defined below) were prepared by Ciena based upon, among other things, the anticipated future financial condition and results of operations of the Reorganized Company and its operating subsidiaries.

Ciena does not generally publish business plans and strategies or make external projections of anticipated financial position or results of operations. Accordingly, after the Effective Date, the Reorganized Company and the operating subsidiaries do not intend to update or otherwise revise the Projections to reflect circumstances existing since their preparation in July 2010 or to reflect the occurrence of unanticipated events, even in the event that any or all of the underlying assumptions are shown to be in error. Furthermore, the Reorganized Company and the operating subsidiaries do not intend to update or revise the Projections to reflect changes in general economic or industry conditions.

The Projections were not prepared with a view toward general use, but rather for the limited purpose of providing information in conjunction with the Plan. Accordingly, the Projections were not intended to be presented in accordance with the published guidelines of the American Institute of Certified Public Accountants regarding financial projections, nor have they been presented in lieu of pro forma historical financial information. In addition, the independent auditors of Ciena have neither examined nor compiled the Projections and, accordingly, assume no responsibility for them.

In June 2009, the Financial Accounting Standards Board issued new accounting guidance related to transfers of financial assets and consolidation of variable interest entities. This new guidance will be effective for Ciena for the fiscal year beginning October 1, 2010. Although Ciena has not yet completed the evaluation of the impact of this new accounting guidance on its financial statements, it is anticipated that such changes will have a positive effect on Members' Equity upon adoption. The Projections do not reflect the implementation of this new accounting guidance. In addition, Ciena is in the process of evaluating the impact of accounting guidance related to accounting for uncertainty for income taxes which will also be effective for the fiscal year beginning October 1, 2010. As a result, the Projections do not reflect the implementation of this new accounting guidance.

Projected unaudited consolidated statements of operations, balance sheets and statements of cash flows for the Debtors and their respective subsidiaries are included for the twelve month period prior to the assumed Effective Date of October 1, 2010. For Projection purposes, September 30, 2010, the end of a fiscal quarter and the fiscal year, approximates October 1, 2010. Any differences between information for the two dates would not be material to the Projections. Due to the high level of uncertainty of future economic conditions, Ciena has utilized its best estimates to provide three-year projections as projections beyond three years would be speculative and not meaningful. As a result, projected unaudited consolidated financial statements for the Reorganized Company and its operating subsidiaries are included for each of the twelve months ending September 30, 2011, 2012, and 2013.

Additional information relating to the principal assumptions used in preparing the Projections is set forth below. See "Certain Risk Factors" for a discussion of various other factors that could materially affect Reorganized Ciena's financial condition, results of operations, businesses, prospects and securities.

For the purpose of providing projected financial information, the Debtors are primarily engaged in the business of servicing loans to small businesses. The Debtors are servicing loans under the Section 7A Guaranteed Loan Program (SBA), the United States Department of Agriculture (USDA) Rural Business Cooperative Business and Industry Guaranteed Loan Program (B&I) and conventional loans.

The Debtors estimate that the Reorganized Company will have net assets with an approximate carrying value of $68 million, consisting primarily of retained interests in securitizations, loans receivable, net of an allowance for credit losses, servicing advances and cash.

While a plan as to the use of the Reorganized Company's cash and other assets has not been formulated, such assets will be available for general corporate purposes as determined by the Board of Managers of the Reorganized Company.

The following points represent the major assumptions underlying the attached financial data (the "Projections").

1. *Effective Date and Plan Term.* The Projections assume that the Plan will be confirmed in accordance with its terms, and that all transactions contemplated by the Plan will be consummated by the assumed Effective Date. Any significant delay in the assumed Effective Date of the Plan may have a significant negative impact on the operations and financial performance of the Reorganized Company including, but not limited to, higher overhead and operating expenses, and higher reorganization expenses.

2. *General Operating Assumptions.* The Reorganized Company is assumed throughout the Projection Period to have no loan production. The loan servicing portfolio is assumed to run-off at a rate of approximately 26%.

   The Projections were prepared assuming that the current general economic conditions prevailing today will not change materially during the Projection Period.

3. *Revenue.* The following revenue assumptions in the Projections are based on the recent historical results of Ciena and current conditions in the SBA, USDA, co mmercial mortgage and loan servicing industries.

   *Accretion Income.* For the Projection Period beginning October 1, 2010, the Projections assume that the residuals will accrete value as each residual comes closer to generating cash flow.

   *Servicing Income.* Represents the revenue attributed to the Reorganized Company's servicing operations on a cash basis.

4. *Expenses – Salaries and Employee Benefits.* The Projections assume that the Reorganized Company will retain its workforce to be in line with current and projected levels of business activity. The Projections assume that the Debtors will have approximately 40 employees at the Effective Date.

5. *Other Operating Expenses.* Primarily includes expenses for rent, telephone and utilities, ordinary course professional fees, supplies and general insurance. All expense levels are estimated to correspond to the recently reduced levels of business activity.

6. *Financial Statement Presentation related to Chapter 11 Reorganization.* The accounting guidance on financial reporting by entities undergoing Chapter 11 reorganization details criteria to be evaluated to determine if the emerging entity qualifies for Fresh-Start Reporting, including the evaluation of both historical and prospective controlling interest ownership. Due to the circumstances of Ciena's reorganization, i.e. the historical equity ownership interests in Ciena will continue to control the entity, Ciena does not qualify for Fresh-Start Reporting and, as a result, there is no revaluation of asset and liability amounts for financial reporting purposes.

   In accordance with the accounting guidance for those entities that do not qualify for Fresh-Start Reporting, the gain from extinguishment of debt, primarily the $324 million Revolving Credit Line and the $97.4 million payable to Ares Capital, Ciena's majority owner, offset by amounts

related to various settlements, is presented as gain on forgiveness of debt, net on the Statement of Operations for the Projected Period from April 1, through September 30, 2010.

For income tax purposes, under the Internal Revenue Code, Cancellation of Indebtedness Income ("COD") arises when the amount of the indebtedness discharged exceeds any consideration given in exchange. There is a statutory exclusion for COD that arises in a Chapter 11 case. As a result, there will not be a gain or income recorded for income tax purposes based upon the consummation of the Plan. The tax cost for the exclusion is a reduction of Ciena's tax attributes such as net operating loss carryovers, general business credits and the basis of its assets. There is an election available to reduce the basis of its depreciable assets first. The reduction of the attributes does not occur until after the end of the tax year in which the COD has occurred. Based upon such amounts, for financial reporting purposes, certain of the Projections reflect a gain on forgiveness of debt, net as required by current accounting pronouncements.

The Projections also assume that any income tax benefit that might result would be deferred and the resulting deferred tax asset would be completely offset by a valuation allowance.

7. *Financial Projections.* Each of the following tables summarizes the Debtors' and their respective subsidiaries' projections for several distinct periods including:

a. The six months ended March 31, 2010;

b. The six months ending September 30, 2010; and

c. Each of the twelve month periods ending September 30, 2011, 2012, and 2013.

For Projection purposes, September 30, 2010, the end of a fiscal quarter and the fiscal year, approximates October 1, 2010. Any differences between information for the two dates would not be material to the Projections. Due to the high level of uncertainty of future economic conditions, Ciena has utilized its best estimates to provide three-year projections as projections beyond three years would be speculative and not meaningful.

The Projections include Projected Consolidated Statements of Operations, Projected Consolidated Balance Sheets and Projected Consolidated Statements of Cash Flows for the Reorganized Company and each of the operating subsidiaries.

CIENA CAPITAL LLC
PROJECTED CONSOLIDATED STATEMENTS OF OPERATIONS
(Unaudited)
(AMOUNTS IN THOUSANDS)

|  | The Company | | Projected Period From April 1, through September 30, 2010 | The Reorganized Company | | |
|---|---|---|---|---|---|---|
|  | Historical | | | Projected Year Ending September 30, | | |
|  | Year Ended September 30, 2009 | Six Months Ended March 31, 2010 |  | 2011 | 2012 | 2013 |
| **Revenue** | | | | | | |
| Interest income | $ 3,992 | $ 680 | $ 627 | $ 1,058 | $ 838 | $ 665 |
| Service fee and retained interest income | 11,504 | 6,147 | 6,685 | 12,078 | 10,220 | 8,296 |
| Other income | 1,222 | 1,850 | - | - | - | - |
| Loss on swaps | (1,731) | - | - | - | - | - |
| Mark to market on retained interests | (113,469) | 126 | (528) | (979) | (884) | (637) |
| Total net revenue | (98,482) | 8,803 | 6,785 | 12,156 | 10,174 | 8,323 |
| **Expenses** | | | | | | |
| Interest expense | 2,355 | - | - | 4,605 | 3,376 | 2,315 |
| Salaries | 4,603 | 1,889 | 1,800 | 3,511 | 3,336 | 3,002 |
| General & administrative expenses | 9,284 | 3,118 | 3,935 | 4,022 | 3,821 | 3,439 |
| Amortization of residual interest | 9,060 | - | - | - | - | - |
| Restructuring charges | 208 | 5 | - | - | - | - |
| Investigation related costs | 4,235 | 855 | - | - | - | - |
| Provision for credit and loan disposition losses | 95,954 | 7,555 | 25,089 | 1,956 | 916 | 726 |
| Total expenses | 125,699 | 13,422 | 30,824 | 14,094 | 11,448 | 9,481 |
| Loss before reorganization items, provision for income taxes, and extraordinary item | (224,181) | (4,619) | (24,039) | (1,939) | (1,275) | (1,158) |
| Reorganization items | 9,036 | 3,049 | 5,550 | - | - | - |
| Loss before provision for income taxes and extraordinary item | (233,217) | (7,668) | (29,589) | (1,939) | (1,275) | (1,158) |
| Provision for income taxes | 308 | 95 | - | - | - | - |
| Loss before extraordinary item | (233,525) | (7,763) | (29,589) | (1,939) | (1,275) | (1,158) |
| Gain on forgiveness of debt, net | 38,360 | - | 405,603 | - | - | - |
| Net (Loss)/Income | $ (195,165) | $ (7,763) | $ 376,014 | $ (1,939) | $ (1,275) | $ (1,158) |

CIENA CAPITAL LLC
PROJECTED CONSOLIDATED BALANCE SHEETS
(Unaudited)
(AMOUNTS IN THOUSANDS)

| | Notes | The Company Historical September 30, 2009 | The Company Historical March 31, 2010 | Projected Pre-Confirm September 30, 2010 | Adjustments For Reorganization | | Projected Post-Confirm September 30, 2010 | The Reorganized Company September 30, 2011 | The Reorganized Company September 30, 2012 | The Reorganized Company September 30, 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Loans receivable, net | | $ 71,755 | $ 61,690 | $ 59,286 | $ (24,402) | (1) | $ 34,883 | $ 22,232 | $ 14,734 | $ 11,689 |
| Accounts and other receivables | | 33,434 | 35,785 | 39,226 | (13,350) | (1) | 25,876 | 17,398 | 15,095 | 13,374 |
| Residual interest | | 42,201 | 43,917 | 43,537 | - | | 43,537 | 36,136 | 26,599 | 14,257 |
| Servicing rights | | 6,802 | 5,171 | 4,643 | - | | 4,643 | 3,663 | 2,779 | 2,142 |
| Other assets | | 14,265 | 15,566 | 15,045 | (10,613) | (1) | 4,432 | 2,887 | 1,945 | 1,436 |
| Defaulted loans in securitization | A | 200,074 | 247,994 | 272,406 | - | | 272,406 | 234,240 | 201,422 | 173,202 |
| Cash | | 15,149 | 14,812 | 8,911 | (5,911) | (2) | 3,000 | 3,000 | 3,000 | 3,000 |
| Restricted cash | | 19,514 | 20,177 | 21,197 | - | | 21,197 | 15,247 | 11,135 | 8,246 |
| **Total Assets** | | $ 403,194 | $ 445,112 | $ 464,250 | $ (54,276) | | $ 409,974 | $ 334,803 | $ 276,709 | $ 227,347 |
| **LIABILITIES AND MEMBERS' EQUITY** | | | | | | | | | | |
| **LIABILITIES** | | | | | | | | | | |
| Senior revolving credit line | | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - |
| Term note payable to Ares Capital | | 324,000 | 324,000 | 324,000 | (324,000) | (3) | - | - | - | - |
| Line of credit from Ares Capital | | - | - | - | 32,000 | (4) | 32,000 | 25,000 | 18,400 | 12,300 |
| Due to Ares Capital | | - | - | - | 12,790 | (2) | 12,790 | 10,275 | 6,117 | - |
| Allowance for future repurchases from securitizations | A | 97,400 | 97,400 | 97,400 | (97,400) | (3) | - | - | - | - |
| Due to participants | | 200,074 | 247,994 | 272,406 | - | | 272,406 | 234,240 | 201,422 | 173,202 |
| Borrower deposits | | 12,409 | 13,940 | 12,307 | - | | 12,307 | 8,338 | 5,790 | 4,219 |
| Other liabilities | | 8,059 | 6,581 | 5,704 | - | | 5,704 | 4,098 | 2,963 | 2,119 |
| Liabilities subject to compromise | | 5,372 | 6,307 | 5,725 | (4) | | 5,721 | 1,029 | 674 | 512 |
| | | 24,085 | 24,858 | 24,858 | (23,858) | (2) | 1,000 | - | - | - |
| **Total Liabilities** | | 671,399 | 721,080 | 742,400 | (400,472) | | 341,928 | 282,980 | 235,366 | 192,351 |
| **MEMBERS' EQUITY** | | | | | | | | | | |
| Members' interests | | 266,491 | 266,491 | 266,491 | (22,000) | (4) | 244,491 | 244,491 | 244,491 | 244,491 |
| Accumulated earnings/(deficit) | B | (534,696) | (542,459) | (544,641) | 368,196 | (4), (5) | (176,445) | (192,668) | (203,148) | (209,495) |
| Total Members' Equity/(Deficit) | | (268,205) | (275,968) | (278,150) | 346,196 | | 68,046 | 51,823 | 41,343 | 34,996 |
| Total Liabilities and Members' Equity/(Deficit) | | $ 403,194 | $ 445,112 | $ 464,250 | $ (54,276) | | $ 409,974 | $ 334,803 | $ 276,709 | $ 227,347 |

Note A: The Company's securitizations permit, but do not obligate, the Company to repurchase certain defaulted loans from the securitization trusts. Accounting pronouncements require that the Company present these loans as if they will be repurchased, even though the Company does not intend to do so and it has no legal ownership of such loans.

Note B: Accumulated earnings/(deficit) change from March 31, 2010 to Projected Post-Confirm September 30, 2010 is the result of net income of $376.0 million less $10.0 million reclassified from Accumulated earnings/(deficit) to Term note payable to Ares Capital.

# CIENA CAPITAL LLC
## PROJECTED CONSOLIDATED STATEMENTS OF CASH FLOWS
### (Unaudited)
### (AMOUNTS IN THOUSANDS)

| | The Company Historical | | Projected Period From April 1, through September 30, 2010 | The Reorganized Company Projected Year Ending September 30, | | |
|---|---|---|---|---|---|---|
| | Year Ended September 30, 2009 | Six Months Ended March 31, 2010 | | 2011 | 2012 | 2013 |
| **Cash flows from operating activities:** | | | | | | |
| Net (loss)/income | $ (195,165) | $ (7,763) | $ 376,014 | $ (1,939) | $ (1,275) | $ (1,158) |
| Adjustments to reconcile net (loss)/income to net cash provided by/(used in) operating activities: | | | | | | |
| Gain on forgiveness of debt, net | (38,360) | - | (405,603) | - | - | - |
| Amortization and depreciation | 2,475 | 17 | - | - | - | - |
| Provision for credit and loan disposition losses | 95,954 | 7,555 | 25,089 | 1,956 | 916 | 726 |
| Accreted residual interest income | (1,608) | (1,873) | (3,265) | (6,405) | (5,980) | (5,183) |
| Change in fair value of retained interest | 113,469 | (126) | 528 | 979 | 884 | 637 |
| Changes in: | | | | | | |
| Loans receivable | 56,226 | 2,511 | 1,718 | 10,695 | 6,582 | 2,318 |
| Accounts and other receivables | (3,155) | (2,427) | (3,441) | 8,478 | 2,302 | 1,721 |
| Servicing rights | (157) | - | - | - | - | - |
| Restricted cash | 11,104 | (663) | (1,020) | 5,950 | 4,112 | 2,888 |
| Other assets | 5,818 | (1,319) | 532 | 1,545 | 942 | 509 |
| Defaulted loans in securitizations | (133,550) | (47,921) | (24,412) | 38,166 | 32,818 | 28,220 |
| Other liabilities | (14,606) | 1,760 | (3,103) | (11,267) | (4,039) | (2,578) |
| Allowance for future repurchases from securitizations | 133,550 | 47,921 | 24,412 | (38,166) | (32,818) | (28,220) |
| Net cash provided by/(used in) operating activities | 31,995 | (2,328) | (12,552) | 9,994 | 4,446 | (119) |
| **Cash flows from investing activities** | | | | | | |
| Investment in residual interests | (799) | - | - | - | - | - |
| Principal collections of residual interests | 3,983 | 1,991 | 3,645 | 13,805 | 15,517 | 17,524 |
| Disposition of equipment | 35 | - | - | - | - | - |
| Net cash provided by investing activities | 3,219 | 1,991 | 3,645 | 13,805 | 15,517 | 17,524 |
| **Cash flows from financing activities** | | | | | | |
| Draws/(paydowns) on line of credit from Ares Capital | - | - | 12,790 | (2,515) | (4,158) | (6,117) |
| Term note repayments | - | - | - | (7,000) | (6,600) | (6,100) |
| Dividends | - | - | - | (14,284) | (9,205) | (5,189) |
| Payments on claims | - | - | (15,696) | - | - | - |
| Due to conduit providers | (40,067) | - | - | - | - | - |
| Net cash used in financing activities | (40,067) | - | (2,906) | (23,799) | (19,963) | (17,406) |
| Net decrease in cash and cash equivalents | (4,853) | (337) | (11,812) | (0) | - | - |
| Cash and cash equivalents at beginning of period | 20,002 | 15,149 | 14,812 | 3,000 | 3,000 | 3,000 |
| Cash and cash equivalents at end of period | $ 15,149 | $ 14,812 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |

# BUSINESS LOAN CENTER, LLC
## PROJECTED CONSOLIDATED STATEMENTS OF OPERATIONS
### (Unaudited)
### (AMOUNTS IN THOUSANDS)

The Reorganized Company

|  | Projected Year Ending September 30, | | |
|---|---|---|---|
|  | 2011 | 2012 | 2013 |
| **Revenue** | | | |
| Interest income | $ 766 | $ 607 | $ 481 |
| Service fee and retained interest income | 6,927 | 6,517 | 5,622 |
| Mark to market on retained interests | (610) | (614) | (447) |
| Total net revenue | 7,083 | 6,510 | 5,656 |
| **Expenses** | | | |
| Interest expense | 3,163 | 2,296 | 1,547 |
| Salaries | 2,058 | 1,955 | 1,759 |
| General & administrative expenses | 2,357 | 2,239 | 2,015 |
| Provision for credit and loan disposition losses | 897 | 711 | 563 |
| Total expenses | 8,474 | 7,200 | 5,884 |
| Loss before provision for income taxes | (1,391) | (690) | (229) |
| Provision for income taxes | - | - | - |
| Net Loss | $ (1,391) | $ (690) | $ (229) |

# BUSINESS LOAN CENTER, LLC
## PROJECTED CONSOLIDATED BALANCE SHEETS
### (Unaudited)
### (AMOUNTS IN THOUSANDS)

|  | Note | Projected Post-Confirm September 30, 2010 | The Reorganized Company September 30, | | |
|---|---|---|---|---|---|
|  |  |  | 2011 | 2012 | 2013 |
| **ASSETS** |  |  |  |  |  |
| Loans receivable, net |  | $ 21,126 | $ 14,965 | $ 10,680 | $ 8,473 |
| Accounts and other receivables |  | 18,746 | 11,850 | 10,714 | 9,689 |
| Residual interest |  | 20,274 | 19,972 | 17,377 | 10,060 |
| Servicing rights |  | 3,269 | 2,660 | 2,046 | 1,599 |
| Other assets |  | 2,778 | 1,707 | 1,097 | 830 |
| Defaulted loans in securitization | A | 74,216 | 63,818 | 54,877 | 47,188 |
| Cash |  | 296 | 2,000 | 2,000 | 2,000 |
| Restricted cash |  | 4,887 | 3,003 | 1,931 | 1,460 |
| **Total Assets** |  | $ 145,592 | $ 119,976 | $ 100,722 | $ 81,300 |
| **LIABILITIES AND MEMBERS' EQUITY** |  |  |  |  |  |
| **LIABILITIES** |  |  |  |  |  |
| Term note payable to Ares Capital |  | 20,000 | 16,000 | 12,000 | 8,000 |
| Line of credit from Ares Capital |  | 12,467 | 10,275 | 6,117 | - |
| Allowance for future repurchases from securitizations | A | 74,216 | 63,818 | 54,877 | 47,188 |
| Due to participants |  | 5,074 | 3,118 | 2,005 | 1,516 |
| Borrower deposits |  | 169 | 104 | 67 | 51 |
| Other liabilities |  | 5,489 | 875 | 562 | 425 |
| Liabilities subject to compromise |  | 1,000 | - | - | - |
| **Total Liabilities** |  | 118,416 | 94,191 | 75,627 | 57,181 |
| **MEMBERS' EQUITY** |  |  |  |  |  |
| Members' interests |  | 119,291 | 119,291 | 119,291 | 119,291 |
| Accumulated deficit |  | (92,115) | (93,506) | (94,196) | (95,172) |
| **Total Members' Equity** |  | 27,176 | 25,785 | 25,095 | 24,119 |
| **Total Liabilities and Members' Equity** |  | $ 145,592 | $ 119,976 | $ 100,722 | $ 81,300 |

Note A: The Company's securitizations permit, but do not obligate, the Company to repurchase certain defaulted loans from the securitization trusts. Accounting pronouncements require that the Company present these loans as if they will be repurchased, even though the Company does not intend to do so and it has no legal ownership of such loans.

BUSINESS LOAN CENTER, LLC
PROJECTED CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)
(AMOUNTS IN THOUSANDS)

The Reorganized Company

| | Projected Year Ending September 30, | | |
|---|---:|---:|---:|
| | 2011 | 2012 | 2013 |
| **Cash flows from operating activities:** | | | |
| Net loss | $ (1,391) | $ (690) | $ (229) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | |
| Provision for credit and loan disposition losses | 897 | 711 | 563 |
| Accreted residual interest income | (3,080) | (3,611) | (3,468) |
| Change in fair value of retained interest | 610 | 614 | 447 |
| Changes in: | | | |
| Loans receivable | 5,264 | 3,575 | 1,644 |
| Accounts and other receivables | 6,896 | 1,135 | 1,025 |
| Restricted cash | 1,883 | 1,073 | 470 |
| Other assets | 1,071 | 610 | 267 |
| Defaulted loans in securitizations | 10,398 | 8,941 | 7,689 |
| Other liabilities | (7,634) | (1,464) | (642) |
| Allowance for future repurchases from securitizations | (10,398) | (8,941) | (7,689) |
| Net cash provided by operating activities | 4,514 | 1,952 | 78 |
| **Cash flows from investing activities** | | | |
| Principal collections of residual interests | 3,382 | 6,206 | 10,785 |
| Net cash provided by investing activities | 3,382 | 6,206 | 10,785 |
| **Cash flows from financing activities** | | | |
| Draws/(paydowns) on line of credit from Ares Capital | (2,192) | (4,158) | (6,117) |
| Term note repayments | (4,000) | (4,000) | (4,000) |
| Dividends | - | - | (747) |
| Net cash used in financing activities | (6,192) | (8,158) | (10,863) |
| **Net increase in cash and cash equivalents** | 1,704 | - | - |
| Cash and cash equivalents at beginning of period | 296 | 2,000 | 2,000 |
| Cash and cash equivalents at end of period | $ 2,000 | $ 2,000 | $ 2,000 |

## CIENA CAPITAL FUNDING LLC
## PROJECTED CONSOLIDATED STATEMENTS OF OPERATIONS
### (Unaudited)
### (AMOUNTS IN THOUSANDS)

| | The Reorganized Company | | |
|---|---|---|---|
| | Projected Year Ending September 30, | | |
| | 2011 | 2012 | 2013 |
| **Revenue** | | | |
| Interest income | $ 260 | $ 206 | $ 163 |
| Service fee and retained interest income | 5,151 | 3,702 | 2,674 |
| Mark to market on retained interests | (370) | (271) | (190) |
| Total net revenue | 5,041 | 3,638 | 2,647 |
| **Expenses** | | | |
| Interest expense | 1,201 | 960 | 720 |
| Salaries | 1,401 | 1,331 | 1,198 |
| General & administrative expenses | 1,605 | 1,525 | 1,372 |
| Provision for credit and loan disposition losses | 911 | 179 | 142 |
| Total expenses | 5,119 | 3,994 | 3,432 |
| Loss before provision for income taxes | (78) | (356) | (784) |
| Provision for income taxes | - | - | - |
| **Net Loss** | $ (78) | $ (356) | $ (784) |

CIENA CAPITAL FUNDING LLC
PROJECTED CONSOLIDATED BALANCE SHEETS
(Unaudited)
(AMOUNTS IN THOUSANDS)

| | Note | Projected Post-Confirm September 30, 2010 | The Reorganized Company September 30, 2011 | September 30, 2012 | September 30, 2013 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Loans receivable, net | | $ 11,637 | $ 6,223 | $ 3,533 | $ 2,803 |
| Accounts and other receivables | | 4,441 | 3,761 | 3,194 | 2,714 |
| Residual interest | | 23,263 | 16,164 | 9,222 | 4,198 |
| Servicing rights | | 1,374 | 1,004 | 733 | 543 |
| Other assets | | 1,602 | 1,156 | 838 | 598 |
| Defaulted loans in securitization | A | 198,190 | 170,422 | 146,545 | 126,013 |
| Cash | | 2,666 | 1,000 | 1,000 | 1,000 |
| Restricted cash | | 12,810 | 9,244 | 6,704 | 4,786 |
| **Total Assets** | | $ 255,982 | $ 208,973 | $ 171,769 | $ 142,656 |
| **LIABILITIES AND MEMBERS' EQUITY** | | | | | |
| **LIABILITIES** | | | | | |
| Term note payable to Ares Capital | | $ 10,000 | $ 8,000 | $ 6,000 | $ 4,000 |
| Line of credit from Ares Capital | | 280 | - | - | - |
| Allowance for future repurchases from securitizations | A | 198,190 | 170,422 | 146,545 | 126,013 |
| Due to participants | | 7,233 | 5,219 | 3,785 | 2,702 |
| Borrower deposits | | 5,535 | 3,994 | 2,897 | 2,068 |
| Other liabilities | | 160 | 115 | 83 | 58 |
| **Total Liabilities** | | 221,397 | 187,750 | 159,309 | 134,841 |
| **MEMBERS' EQUITY** | | | | | |
| Members' interests | | 4,940 | 4,940 | 4,940 | 4,940 |
| Accumulated earnings | | 29,645 | 16,283 | 7,520 | 2,875 |
| **Total Members' Equity** | | 34,585 | 21,223 | 12,460 | 7,815 |
| **Total Liabilities and Members' Equity** | | $ 255,982 | $ 208,973 | $ 171,769 | $ 142,656 |

Note A: The Company's securitizations permit, but do not obligate, the Company to repurchase certain defaulted loans from the securitization trusts. Accounting pronouncements require that the Company present these loans as if they will be repurchased, even though the Company does not intend to do so and it has no legal ownership of such loans.

CIENA CAPITAL FUNDING LLC
PROJECTED CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)
(AMOUNTS IN THOUSANDS)

|  | The Reorganized Company | | |
|---|---|---|---|
|  | Projected Year Ending September 30, | | |
|  | 2011 | 2012 | 2013 |
| **Cash flows from operating activities:** | | | |
| Net loss | $ (78) | $ (356) | $ (784) |
| Adjustments to reconcile net loss to net cash provided by/(used in) operating activities: | | | |
| Provision for credit and loan disposition losses | 911 | 179 | 142 |
| Accreted residual interest income | (3,325) | (2,369) | (1,715) |
| Change in fair value of retained interest | 370 | 271 | 190 |
| Changes in: | | | |
| Loans receivable | 4,503 | 2,511 | 588 |
| Accounts and other receivables | 680 | 567 | 479 |
| Restricted cash | 3,567 | 2,540 | 1,918 |
| Other assets | 446 | 318 | 240 |
| Defaulted loans in securitizations | 27,767 | 23,877 | 20,532 |
| Other liabilities | (3,599) | (2,563) | (1,935) |
| Allowance for future repurchases from securitizations | (27,767) | (23,877) | (20,532) |
| Net cash provided by/(used in) operating activities | 3,475 | 1,097 | (878) |
| **Cash flows from investing activities** | | | |
| Principal collections of residual interests | 10,423 | 9,311 | 6,739 |
| Net cash provided by investing activities | 10,423 | 9,311 | 6,739 |
| **Cash flows from financing activities** | | | |
| Draws/(paydowns) on line of credit from Ares Capital | (280) | - | - |
| Term note repayments | (2,000) | (2,000) | (2,000) |
| Dividends | (13,284) | (8,407) | (3,861) |
| Net cash used in financing activities | (15,564) | (10,407) | (5,861) |
| Net decrease in cash and cash equivalents | (1,666) | - | - |
| Cash and cash equivalents at beginning of period | 2,666 | 1,000 | 1,000 |
| Cash and cash equivalents at end of period | $ 1,000 | $ 1,000 | $ 1,000 |

# BLX COMMERCIAL CAPITAL LLC
## PROJECTED CONSOLIDATED STATEMENTS OF OPERATIONS
### (Unaudited)
### (AMOUNTS IN THOUSANDS)

|  | The Reorganized Company | | |
|---|---|---|---|
|  | Projected Year Ending September 30, | | |
|  | 2011 | 2012 | 2013 |
| **Revenue** | | | |
| Interest income | $ 32 | $ 25 | $ 19 |
| Service fee and retained interest income | - | - | - |
| Mark to market on retained interests | - | - | - |
| Total net revenue | 32 | 25 | 19 |
| **Expenses** | | | |
| Interest expense | 240 | 120 | 48 |
| Salaries | 53 | 50 | 45 |
| General & administrative expenses | 60 | 57 | 52 |
| Provision for credit and loan disposition losses | 148 | 26 | 21 |
| Total expenses | 502 | 254 | 165 |
| Loss before provision for income taxes | (470) | (228) | (146) |
| Provision for income taxes | - | - | - |
| **Net Loss** | $ (470) | $ (228) | $ (146) |

# BLX COMMERCIAL CAPITAL LLC
## PROJECTED CONSOLIDATED BALANCE SHEETS
(Unaudited)
(AMOUNTS IN THOUSANDS)

| | Projected Post-Confirm September 30, 2010 | The Reorganized Company September 30, | | |
|---|---|---|---|---|
| | | 2011 | 2012 | 2013 |
| **ASSETS** | | | | |
| Loans receivable, net | $ 2,120 | $ 1,044 | $ 521 | $ 413 |
| Accounts and other receivables | 2,689 | 1,787 | 1,188 | 971 |
| Other assets | 53 | 24 | 9 | 7 |
| Cash | 38 | - | - | - |
| **Total Assets** | $ 4,900 | $ 2,854 | $ 1,717 | $ 1,391 |
| **LIABILITIES AND MEMBERS' EQUITY** | | | | |
| **LIABILITIES** | | | | |
| Term note payable to Ares Capital | $ 2,000 | $ 1,000 | $ 400 | $ 300 |
| Line of credit from Ares Capital | 43 | - | - | - |
| Other liabilities | 47 | 13 | 2 | 1 |
| **Total Liabilities** | 2,090 | 1,013 | 402 | 301 |
| **MEMBERS' EQUITY** | | | | |
| Members' interests | 8,861 | 8,861 | 8,861 | 8,861 |
| Accumulated deficit | (6,050) | (7,020) | (7,545) | (7,771) |
| **Total Members' Equity** | 2,811 | 1,841 | 1,316 | 1,090 |
| **Total Liabilities and Members' Equity** | $ 4,900 | $ 2,854 | $ 1,717 | $ 1,391 |

# BLX COMMERCIAL CAPITAL LLC
## PROJECTED CONSOLIDATED STATEMENTS OF CASH FLOWS
### (Unaudited)
### (AMOUNTS IN THOUSANDS)

| | The Reorganized Company | | |
|---|---|---|---|
| | Projected Year Ending September 30, | | |
| | 2011 | 2012 | 2013 |
| **Cash flows from operating activities:** | | | |
| Net loss | $ (470) | $ (228) | $ (146) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | |
| Provision for credit and loan disposition losses | 148 | 26 | 21 |
| Changes in: | | | |
| Loans receivable | 928 | 497 | 87 |
| Accounts and other receivables | 902 | 599 | 217 |
| Other assets | 29 | 15 | 2 |
| Other liabilities | (34) | (12) | (0) |
| Net cash provided by operating activities | 1,504 | 897 | 180 |
| **Cash flows from financing activities** | | | |
| Draws/(paydowns) on line of credit from Ares Capital | (43) | - | - |
| Term note repayments | (1,000) | (600) | (100) |
| Dividends | (500) | (297) | (80) |
| Net cash used in financing activities | (1,543) | (897) | (180) |
| **Net decrease in cash and cash equivalents** | **(38)** | - | - |
| Cash and cash equivalents at beginning of period | 38 | 0 | 0 |
| **Cash and cash equivalents at end of period** | **$ 0** | **$ 0** | **$ 0** |