IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIENA CAPITAL, LLC f/k/a BUSINESS LOAN EXPRESS, LLC, et al | : | Case No: 08-13783 (AJG) Jointly Administered |
| Debtors | : | |

---

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING AMENDED NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1) and/or (e) (2)

STATE OF <u>NEW YORK</u>  )
                        ) SS:
COUNTY OF <u>NEW YORK</u> )

I, <u>Tina Carr</u> declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the <u>14th</u> day of October, 2010, I received a copy of the Notice of Transfer for the noted Docket No. <u>#1697 and 1698</u> docket maintained by the court for the captioned debtors:

4. On the <u>15th</u> day of October, 2010, I sent a copy of the Notice of Transfer of claim pursuant to FRBP 3001 (e) (1) or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>19th</u> day of October, 2010 at New York, New York.

By _____
   Tina Carr

Sworn before me this
<u>19th</u> day of <u>October</u> 2010

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 7, 2013

DICT-1704
10-19-10

Form 210B (12/09)

# United States Bankruptcy Court

_____SOUTHERN_____ District of _____NEW YORK_____

In re BUSINESS LOAN CENTER, LLC
Case No. 08-13785

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. ____82____ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Amended Transfer of Claim Other than for Security in the clerk's office of this court on 10-14-10 (date).

PROFESSIONAL APPRAISAL SVCS.
Name of Alleged Transferor

Address of Alleged Transferor:
1651 W. LAKE LANSING ROAD
EAST LANSING, MI 48823

TRC OPTIMUM FUND LLC
Name of Transferee

Address of Transferee:
336 ATLANTIC AVENUE, STE 302
EAST ROCKAWAY, NY 11518

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10-15-70

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

CLERK OF THE COURT

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Business Loan Center, LLC</u>   Case No. 08-13785

## NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC OPTIMUM FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC OPTIMUM FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>PROFESSIONAL APPRAISAL SVCS.</u>
Name of Transferor

Court Claim # (if known): <u>82</u>
Amount of Claim: <u>$12,750</u>
Date Claim Filed: <u>12/29/2008</u>

Phone: <u>517-333-9900</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

PROFESSIONAL APPRAISAL SVCS.
1651 W. Lake Lansing Road
East Lansing, MI 48823

**DONLIN, RECANO & CO.**

**OCT 14 2010**

**CLAIMS PROCESSING DEPT**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>   Date: <u>October 14, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:      United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO:      BUSINESS LOAN CENTER, LLC     ("Debtor")
Case No. 08-13785
Jointly Administered under CIENA CAPITAL LLC., ET AL., Case No. 08-13783

Claim # 82

PROFESSIONAL APPRAISAL SVCS., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC OPTIMUM FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$12,750.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __21__ DAY OF __September__, 2010.

ASSIGNOR: PROFESSIONAL APPRAISAL SVCS

_____
(Signature)

Daniel F. Essa
(Print Name)

President
(Title)

ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Manager
(Title)

Form 210B (12/09)

# United States Bankruptcy Court

_____SOUTHERN_____ District of _____NEW YORK_____

In re CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL LLC
Case No. 08-13786

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. ___83___ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Amended Transfer of Claim Other than for Security in the clerk's office of this court on 9-21-10 (date).

PROFESSIONAL APPRAISAL SVCS.
Name of Alleged Transferor

Address of Alleged Transferor:
1651 W. LAKE LANSING ROAD
EAST LANSING, MI 48823

TRC OPTIMUM FUND LLC
Name of Transferee

Address of Transferee:
336 ATLANTIC AVENUE, STE 302
EAST ROCKAWAY, NY 11518

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-15-10

CLERK OF THE COURT

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

#1697
10-14-10

In re: Ciena Capital Funding LLC, F/K/A BLX Capital, LLC     Case No. 08-13786

## NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC OPTIMUM FUND LLC<br>Name of Transferee | PROFESSIONAL APPRAISAL SVCS.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Court Claim # (if known): 83<br>Amount of Claim: $6,200<br>Date Claim Filed: 12/29/2008<br><br>Phone: 517-333-9900<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>PROFESSIONAL APPRAISAL SVCS.<br>1651 W. Lake Lansing Road<br>East Lansing, MI 48823 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | **DONLIN, RECANO & CO.**<br><br>OCT 14 2010<br><br>**CLAIMS PROCESSING DEPT** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                  Date: October 14, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO:    CIENA CAPITAL FUNDING LLC, F/K/A BLX CAPITAL, LLC    ("Debtor")
Case No. 08-13786

Jointly Administered under CIENA CAPITAL LLC., ET AL., Case No. 08-13783

Claim # 83

PROFESSIONAL APPRAISAL SVCS., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC OPTIMUM FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$6,200.00 ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 DAY OF September, 2010.

ASSIGNOR: PROFESSIONAL APPRAISAL SVCS

_____
(Signature)

Daniel F. Essa
(Print Name)

President
(Title)

ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Manager
(Title)