Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CIENA CAPITAL LLC f/k/a BUSINESS LOAN EXPRESS, LLC, et al., | Case No. 08-13783 (AJG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 3, 2010 AT 2:00 P.M.**

Location of Hearing: **United States Bankruptcy Court**
**for the Southern District of New York, Room 523**
**One Bowling Green**
**New York, New York 10004**

**I.    ADJOURNED MATTER**

1. Hearing on Confirmation of Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1626]

   Response Deadline:  October 25, 2010 at 5:00 p.m.

   Responses Received:

   (a)    Objection to Debtors' Third Amended Joint Plan of Reorganization - filed by Maricopa County, AZ [Docket No. 1685]

   (b)    Amended Objection to Debtors' Third Amended Joint Plan of Reorganization - filed by Maricopa County, AZ [Docket No. 1686]

---

[1] The other Debtors are the following:  Ciena Capital Funding LLC f/k/a BLX Capital, LLC; BLX Commercial Capital, LLC f/k/a BLC Commercial Capital Corp.; Business Loan Center, LLC; BLX Holdings Corp.; BLX Capital Real Estate, LLC; BLX Commercial Capital Real Estate, LLC; BLC Real Estate, LLC; BLX Capital Real Estate (Berlin), LLC; BLC Real Estate (UPC Petroleum), LLC; and BLC Real Estate (Texas), LLC.

(c) Objection of the Wayne County Treasurer, and the Oakland County Treasurer to the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1709]

(d) Objection of the Wayne County Treasurer, and the Oakland County Treasurer to the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1711] [duplicate of Docket No. 1709]

(e) Objection to Confirmation of Debtors' Third Amended Joint Plan of Reorganization - filed by Denton County, Texas [Docket No. 1717]

(f) Objection of Lewisville Independent School District to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1718]

(g) Objection of NYCTL 2009-A Trust an The Bank of New York as Collateral Agent and Custodian to the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1719]

Related Documents:

(h) Disclosure Statement with Respect to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1619]

(i) Notice of Filing of Blacklines of the Debtors' Third Amended Joint Plan of Reorganization and Related Disclosure Statement [Docket No. 1620]

(j) Order Signed on 9/1/2010 (I) Approving Form and Manner of Notice of the Disclosure Statement Hearing, (II) Approving Disclosure Statement, (III) Scheduling a Hearing on Plan Confirmation and Approving Notice Procedures Relating Thereto, (IV) Establishing Solicitation Procedures, and (V) Establishing a Deadline to File Motions for Temporary Allowance of Claims for Voting Purposes [Docket No. 1622]

(k) Affidavit of Service [Docket No. 1628]

(l) Solicitation Version of the Disclosure Statement with Respect to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1626]

(m) Notice of Publication of Notice of Confirmation Hearing [Docket No. 1640]

(n) Notice of Filing of Plan Supplement to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1696]

(o) Affidavit of Service of Solicitation Packages and Confirmation Hearing Notices [Docket No. 1706]

(p) Notice of Filing of Amended Cure Claims Schedule to Plan Supplement to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1722]

(q) Declaration of Christina L. DelDonna in Support of Confirmation of the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1729]

(r) Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1732]

(s) Declaration of Jung W. Song, Esq. of Donlin, Recano & Company, Inc. with Respect to the Tabulation of Votes and Certifying the Results of Solicitation on the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1725]

(t) Wayne County Treasurer's and Oakland County Treasurer's Withdrawal of Objection to the Third Amended Plan [Docket No. 1726]

(u) NYCTL 2009-A Trust and The Bank of New York as Collateral Agent and Custodian's Withdrawal of Objection to the Third Amended Plan [Docket No. 1734]

(v) Notice of Adjournment of Hearing on Confirmation of Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1735]

Responsible Counsel for Debtors:     Hunton & Williams LLP/P. Partee

**STATUS:** **The hearing on this matter will has been adjourned to November 10, 2010 at 2:00 p.m.**

II. **UNCONTESTED MATTER**

2. Second Interim Application of HLB Gross Collins, P.C., Accountants and Auditors for the Debtors and Debtors-in-Possession, for An Award of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period of January 1, 2010 Through April 30, 2010 [Docket No. 1594]

   Response Deadline: September 15, 2010 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   (a) Notice of Hearing on the Second Interim Application of HLB Gross Collins, P.C., Accountants and Auditors for the Debtors and Debtors-in-Possession, for An Award of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period of January 1, 2010 Through April 30, 2010 [Docket No. 1595]

(b) Affidavit of Service [Docket No. 1599]

(c) Amended Notice of Adjournment of Hearing on the Second Interim Application of HLB Gross Collins, P.C., Accountants and Auditors for the Debtors and Debtors-in-Possession, for An Award of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period of January 1, 2010 Through April 30, 2010 [Docket No. 1676]

(d) Affidavit of Service [Docket No. 1677]

<u>Responsible Counsel for Debtors:</u>    Hunton & Williams LLP/A. Kamensky

<u>Number of Witnesses:</u>    None

<u>Estimated Amount of Time Required:</u>    5 minutes

**STATUS: The hearing on this matter will go forward at 2:00 p.m.**

Dated: November 1, 2010
New York, New York

**HUNTON & WILLIAMS LLP**

/s/ *Peter S. Partee, Sr.*
Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*