Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>CIENA CAPITAL LLC f/k/a<br>BUSINESS LOAN EXPRESS, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 08-13783 (AJG)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON NOVEMBER 10, 2010 AT 2:00 P.M.

Location of Hearing: **United States Bankruptcy Court
for the Southern District of New York, Room 523
One Bowling Green
New York, New York 10004**

### I. UNCONTESTED MATTER

1.  Hearing on Confirmation of Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1626]

    Response Deadline: October 25, 2010 at 5:00 p.m.

    Responses Received:

    (a) Objection to Debtors' Third Amended Joint Plan of Reorganization - filed by Maricopa County, AZ [Docket No. 1685]

    (b) Amended Objection to Debtors' Third Amended Joint Plan of Reorganization - filed by Maricopa County, AZ [Docket No. 1686]

---

[1] The other Debtors are the following: Ciena Capital Funding LLC f/k/a BLX Capital, LLC; BLX Commercial Capital, LLC f/k/a BLC Commercial Capital Corp.; Business Loan Center, LLC; BLX Holdings Corp.; BLX Capital Real Estate, LLC; BLX Commercial Capital Real Estate, LLC; BLC Real Estate, LLC; BLX Capital Real Estate (Berlin), LLC; BLC Real Estate (UPC Petroleum), LLC; and BLC Real Estate (Texas), LLC.

(c) Notice of Withdrawal of Amended Objection to Debtors' Third Amended Joint Plan of Reorganization, and Objection to Debtors' Third Amended Joint Plan of Reorganization filed by Maricopa County [Docket No. 1740]

(d) Objection of the Wayne County Treasurer, and the Oakland County Treasurer to the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1709]

(e) Objection of the Wayne County Treasurer, and the Oakland County Treasurer to the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1711] [duplicate of Docket No. 1709]

(f) Wayne County Treasurer's and Oakland County Treasurer's Withdrawal of Objection to the Third Amended Plan [Docket No. 1726]

(g) Objection to Confirmation of Debtors' Third Amended Joint Plan of Reorganization - filed by Denton County, Texas [Docket No. 1717]

(h) Objection of Lewisville Independent School District to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1718]

(i) Objection of NYCTL 2009-A Trust and The Bank of New York as Collateral Agent and Custodian to the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1719]

(j) NYCTL 2009-A Trust and The Bank of New York as Collateral Agent and Custodian's Withdrawal of Objection to the Third Amended Plan [Docket No. 1734]

Related Documents:

(k) Notice of Filing of Blacklines of the Debtors' Third Amended Joint Plan of Reorganization and Related Disclosure Statement [Docket No. 1620]

(l) Order Signed on 9/1/2010 (I) Approving Form and Manner of Notice of the Disclosure Statement Hearing, (II) Approving Disclosure Statement, (III) Scheduling a Hearing on Plan Confirmation and Approving Notice Procedures Relating Thereto, (IV) Establishing Solicitation Procedures, and (V) Establishing a Deadline to File Motions for Temporary Allowance of Claims for Voting Purposes [Docket No. 1622]

(m) Affidavit of Service [Docket No. 1628]

(n) Solicitation Version of the Disclosure Statement with Respect to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1626]

(o) Notice of Publication of Notice of Confirmation Hearing [Docket No. 1640]

(p)  Notice of Filing of Plan Supplement to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1696]

(q)  Affidavit of Service of Solicitation Packages and Confirmation Hearing Notices [Docket No. 1706]

(r)  Notice of Filing of Amended Cure Claims Schedule to Plan Supplement to Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1722]

(s)  Affidavit of Service [Docket No. 1724]

(t)  Declaration of Christina L. DelDonna in Support of Confirmation of the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1729]

(u)  Affidavit of Service [Docket No. 1737]

(v)  Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1732]

(w)  Affidavit of Service [Docket No. 1738]

(x)  Memorandum of Law in Support of Confirmation of the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1751]

(y)  Affidavit of Service [Docket No. 1754]

(z)  Declaration of Jung W. Song, Esq. of Donlin, Recano & Company, Inc. with Respect to the Tabulation of Votes and Certifying the Results of Solicitation on the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1725]

(aa)  Affidavit of Service [Docket No. 1728]

(bb)  Notice of Adjournment of Hearing on Confirmation of Debtors' Third Amended Joint Plan of Reorganization [Docket No. 1735]

(cc)  Affidavit of Service [Docket No. 1752]

(dd)  Notice of Filing of Revised Form of Proposed Order Confirming the Debtors' Third Amended Joint Plan of Reorganization [Docket No. ____]

<u>Responsible Counsel for Debtors:</u>  Hunton & Williams LLP/P. Partee

<u>Number of Witnesses:</u>  Christina DelDonna/President and Chief Executive Officer of Ciena Capital LLC

<u>Estimated Amount of Time Required:</u>  15 minutes

**STATUS:** The hearing on this matter will go forward. All objections to the Plan have been resolved.

## II. ADJOURNED MATTER

2. Sixth Interim Application of Hunton & Williams LLP, Counsel to the Debtors and Debtors-in-Possession, for an Award of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period of June 1, 2010 Through September 30, 2010 [Docket No. 1630]

   Response Deadline: November 3, 2010 at 5:00 p.m.

   Responses Received: None

   Related Documents:

   (a) Notice of Adjournment of Hearing on the Sixth Interim Application of Hunton & Williams LLP, Counsel to the Debtors and Debtors-in-Possession, for an Award of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period of June 1, 2010 Through September 30, 2010 [Docket No. 1753]

   **STATUS:** The hearing on this matter has been adjourned to December 1, 2010.

Dated: November 9, 2010  
New York, New York

**HUNTON & WILLIAMS LLP**

/s/ *Peter S. Partee, Sr.*
Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*