# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: ) Chapter 11
)
CIENA CAPITAL LLC f/k/a )
BUSINESS LOAN EXPRESS, LLC, et al., ) Case No. 08-13783 (AJG)
)
Debtors.[1] ) (Jointly Administered)
)

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
 ) ss:
COUNTY OF NEW YORK )

I, Muhammed Habib declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 17th day of December, 2008, Apple Direct Mail Services, Ltd. ("Apple Direct"), under my supervision, served a copy of the: "Notice of Deadline Requiring Filing of Proofs of Claim on or Before January 21, 2009 at 5:00 p.m. (Prevailing Eastern Time)" (the "Bar Date Notice"), as set forth in Exhibit 1; and a Personalized Proof of Claim Form, personalized to show name, address, claim classification and amount, and the manner in which each creditor was scheduled in the Debtors' cases (*By Debtor, Scheduled Type*), an example of which is set forth in Exhibit 2, upon the parties listed on Exhibit 6, attached hereto.

4. On the 17th day of December, 2008, Apple Direct, under my supervision, served a copy of the: Bar Date Notice, as set forth in Exhibit 1, and a Personalized Proof of Claim Form, personalized to show name and address and manner in which each creditor was scheduled in the Debtors' cases (*By Debtor, Schedule Type G-Executory Contracts & Unexpired Leases*), an example of which is set forth in Exhibit 3, upon the parties listed on Exhibit 7, attached hereto.

5. On the 17th day of December, 2008, Apple Direct, under my supervision, served a copy of the: Bar Date Notice, as set forth in Exhibit 1, and a Personalized Proof of Claim Form, personalized to show name and address (*Blank Type, Fill-in Debtor*), an example of which is set forth in Exhibit 4, upon the parties listed on Exhibit 8, attached hereto.

---

[1] The other Debtors are the following: Ciena Capital Funding LLC f/k/a BLX Capital, LLC; BLX Commercial Capital, LLC; Business Loan Center, LLC; BLX Holdings Corp.; BLX Capital Real Estate, LLC; BLX Commercial Capital Real Estate, LLC; BLC Real Estate, LLC; BLX Capital Real Estate (Berlin), LLC; BLC Real Estate (UPC Petroleum), LLC; BLC Real Estate (Texas), LLC.

6. On the 17th day of December, 2008, Apple Direct, under my supervision, served a copy of the: Bar Date Notice, as set forth in Exhibit 1, and a Non-Personalized Proof of Claim Form (*Blank Type, Fill-in Debtor*), an example of which is set forth in Exhibit 5, upon the parties listed on Exhibit 9, attached hereto.

7. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of December, 2008 at New York, New York.

By /s/ Muhammed Habib
Muhammed Habib

Sworn before me this
18th day of December, 2008

/s/ William Andrew Logan
Notary Public

WILLIAM ANDREW LOGAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LO6103254
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES March 22, 2011

**CREDITOR NAME AND ADDRESS**

| | | | |
|---|---|---|---|
| 011276P001-1252A-038<br>RAMADA INN (HUNDAL)<br>401 N. SERVICE RD E<br>RUSTON LA 71270 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL TAX RESERVE<br>25,219.65 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |
| 010957P001-1252A-038<br>RAMADA INN POCATELLO<br>133 WEST BURNSIDE AVENUE<br>CHUBBUCK ID 83202 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL RESERVE<br>48,000.00 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |
| 011277P001-1252A-038<br>RAVI, INC.<br>815 SOUTH CRATER ROAD<br>PETERSBURG VA 23803 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL TAX RESERVE<br>2,090.35 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |
| 008658P001-1252A-038<br>REALTY ASSOCIATES FUND VII LP<br>ATTN: 223201<br>500 ROSS STREET 154-0455<br>PITTSBURGH PA 15251 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | BUSINESS LOAN CENTER, LLC<br>F- RENT<br>3,405.16 | 08-13785 (AJG)<br><br><br>Liquidated |
| 011278P001-1252A-038<br>REGENCY INN<br>180 WEST I-65 SERVICE ROAD S<br>MOBILE AL 36608 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL TAX RESERVE<br>23,702.92 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |
| 011279P001-1252A-038<br>RELAX INN<br>19325 WASHINGTON ST<br>WATERTOWN NY 13601 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL TAX RESERVE<br>7,155.16 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |
| 011280P001-1252A-038<br>RENEGADE SPORTS CENTER<br>P.O. BOX 123<br>PANAMA CITY FL 32402 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL TAX RESERVE<br>33,324.89 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |
| 011281P001-1252A-038<br>RENO AM/PM MINI MART<br>2002 SIERRA HIGHLANDS DRIVE<br>RENO NV 89523 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL TAX RESERVE<br>7,114.61 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |
| 010068P001-1252A-038<br>REO TITLE SERVICES<br>2002 E. 62ND ST.<br>INDIANAPOLIS IN 46220 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | BUSINESS LOAN CENTER, LLC<br>F- TRADE PAYABLES<br>75.00 | 08-13785 (AJG)<br><br><br>Liquidated |
| 008695P001-1252A-038<br>RESERVE ACCOUNT<br>P.O. BOX 856056<br>LOUISVILLE KY 40285-6056 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | BUSINESS LOAN CENTER, LLC<br>F- TRADE PAYABLES<br>4,000.00 | 08-13785 (AJG)<br><br><br>Liquidated |
| 010958P001-1252A-038<br>RESH LT, LLC - CEDARTOWN<br>P.O. BOX 576567<br>MODESTO CA 95357 | DEBTOR & CASE:<br>SCHEDULE:<br>TOTAL AMOUNT | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC<br>F- BORROWERS COMMERCIAL RESERVE<br>1,300.00 | 08-13786 (AJG)<br><br>Disputed<br>Contingent |

# Ciena Capital LLC
# EXHIBIT PAGES

**CREDITOR NAME AND ADDRESS**

| Creditor | Debtor & Case | Schedule | Total Amount | Status |
|---|---|---|---|---|
| 010959P001-1252A-038<br>RESH LT, LLC - ROME<br>P.O. BOX 576567<br>MODESTO CA 95357 | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC  08-13786 (AJG) | F- BORROWERS COMMERCIAL RESERVE | 1,300.00 | Disputed<br>Contingent |
| 010960P001-1252A-038<br>RESH LT, LLC- CHATTANOOGA<br>P.O. BOX 576567<br>MODESTO CA 95357 | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC  08-13786 (AJG) | F- BORROWERS COMMERCIAL RESERVE | 3,909.00 | Disputed<br>Contingent |
| 008704P001-1252A-038<br>REUTERS AMERICA LLC<br>P.O. BOX 26803<br>NEW YORK NY 10087-6803 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- TRADE PAYABLES | 1,734.00 | Liquidated |
| 010066P001-1252A-038<br>RG KENNEDY & ASSOCIATES<br>995 GOODALE BLVD<br>COLUMBUS OH 43212 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- TRADE PAYABLES | 150.00 | Liquidated |
| 011282P001-1252A-038<br>RICHARD & DEBRA SIEBERT<br>8250 ELPHICK ROAD<br>SEBASTOPOL CA 95472 | CIENA CAPITAL FUNDING LLC F/K/A BLX CAPITAL, LLC  08-13786 (AJG) | F- BORROWERS COMMERCIAL TAX RESERVE | 2,959.51 | Disputed<br>Contingent |
| 011039P001-1252A-038<br>RICHARD O. BANKS, MAI<br>3500 RINGGOLD ROAD<br>SUITE 3<br>CHATTANOOGA TN 37412-1208 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- TRADE PAYABLES | 3,500.00 | Liquidated |
| 010961P001-1252A-038<br>RICHARD'S LIQUORS<br>723 BLACK HORSE PIKE<br>WILLIAMSTOWN NJ 08094 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- BORROWERS COMMERCIAL RESERVE | 1,716.00 | Disputed<br>Contingent |
| 008746P001-1252A-038<br>RICOH AMERICAS CORPORATION2154<br>PO BOX 4245<br>CAROL STREAM IL 60197-4245 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- TRADE PAYABLES | 1,293.94 | Liquidated |
| 008747P001-1252A-038<br>RICOH AMERICAS CORPORATION2782<br>P.O. BOX 4245<br>CAROL STREAM IL 60197-4245 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- TRADE PAYABLES | 411.83 | Liquidated |
| 008748P001-1252A-038<br>RICOH BUSINESS 0360004347000<br>21719 NETWORK PLACE<br>CHICAGO IL 60673-1217 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- TRADE PAYABLES | 582.75 | Liquidated |
| 008749P001-1252A-038<br>RICOH BUSINESS 0360004786000<br>21719 NETWORK PLACE<br>CHICAGO IL 60673-1217 | BUSINESS LOAN CENTER, LLC  08-13785 (AJG) | F- TRADE PAYABLES | 337.08 | Liquidated |

# Ciena Capital LLC
# EXHIBIT PAGES

| CR. # | NAME1 | NAME2 | NAME3 | ADDRESS1 | ADDRESS2 | CITY, STATE, ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 010812P001-1252A-038 | REGUS/HQ | | | 777 CAMPUS COMMONS RD SUITE 200 | | SACRAMENTO CA 95825 | |
| 010810P001-1252A-038 | REGUS/HQ | | | 90 WASHINGTON VALLEY ROAD | | BEDMINSTER NJ 07921 | |
| 008679P001-1252A-038 | REID M. BEUCLER | | | 5956 SHERRY LANE | SUITE 1000 | DALLAS TX 75225 | |
| 001599P001-1252A-038 | REIMA COUTURE CORP. DBA CLUB REIMA | BIJAN L. CORDERO, PRESIDENT | | 5242 SW 34TH STREET | | GAINESVILLE FL 32608 | |
| 008680P001-1252A-038 | REINHART BOERNER | | | VAN DEUREN S.C. | P.O. BOX 2965 | MILWAUKEE WI 53201-2965 | |
| 008681P001-1252A-038 | REINHART-FONTES ASSOCIATES INC | | | 2285 BUSINESS WAY | | RIVERSIDE CA 92507 | |
| 004413P001-1252A-038 | RELAX INN | | | 1411 WILLOW STREET | | VINCENNES IN 47591 | |
| 003711P001-1252A-038 | RELIANCE LODGING, LLC | DBA SCOTTISH INNS & SUITES | MUKESHKUMAR M. BHAKTA, MEMBER | 1622 SPENCER HIGHWAY | | SOUTH HOUSTON TX 77587 | |
| 008682P001-1252A-038 | RELIANT ENERGY | | | PO BOX 4932 | | HOUSTON TX 77210-4932 | |
| 001280P001-1252A-038 | REMARKET, INC | MICHAEL K. LANIER, PRESIDENT | | 316 WEST CABARRUS STREET | | RALEIGH NC 27601 | |
| 008683P001-1252A-038 | REMC ENTERPRISES INC. | | | 28202 CABOT ROAD | SUITE 300 | LAGUNA NIGUEL CA 92677 | |
| 001395P001-1252A-038 | REMNANT VENTURES, LLC DBA YOUNG CHEFS ACADEMY | MAISHA W. HUNTER, MANAGING MEMBER | | 3732 CEDARCREST ROAD, BUILDING A,SUITE 100 | BENTWATER RETAIL VILLAGE | MELBOURNE FL 30101 | |
| 008684P001-1252A-038 | RENE DIAZ | | | 370 S. CRENSHAW BOULEVARD | SUITE E103 | TORRANCE CA 90503 | |
| 008685P001-1252A-038 | RENE J. CASAS | | | 3367 BUTTERLEIGH | | SAN ANTONIO TX 78247 | |
| 000859P001-1252A-038 | RENE MATTHYSSEN DBA FITTED | RENE MATTHYSSEN | | 1419 DOMINIS ST, APT # 1501 | | HONOLULU HI 96822 | |
| 002796P001-1252A-038 | RENE RIVERA DBA QUALITY MART | RENE RIVERA | | PO BOX 4566 | | HUACHUCA CITY AZ 85616-0566 | |
| 008686P001-1252A-038 | RENEE FOX | | | 2280 SHEPARD STREET #601 | | JACKSONVILLE FL 32211 | |
| 000179P001-1252A-038 | RENEE SINN | BUSINESS DEVELOPMENT OFFICER | | 33 UNION SQUARE # 1423 | | UNION CITY CA 94587 | |
| 003929P001-1252A-038 | RENEGADE MOUNTAIN GOLF CLUB, LLC | RENEGADE MOUNTAIN GOLF CLUB, L.L.C. | | P.O. BOX 288 | | CRAB ORCHARD TN 37723 | |
| 008687P001-1252A-038 | RENEGADE SPORTS CENTER | | | 3203 MINNESOTA AVE. | | PANAMA CITY FL 32405 | |
| 004141P001-1252A-038 | RENEGADE SPORTS CENTER, LLC | WALLACE AND NANETTE B. HITCHCOCK | | P.O. BOX 123 | | PANAMA CITY FL 32402 | |
| 008688P001-1252A-038 | RENI PUBLISHING, INC. | | | THE RENI BUILDING | 150 THIRD STREET, S.W. | WINTER HAVEN FL 33880-2907 | |
| 008689P001-1252A-038 | RENSSELAER COUNTY BUREAU OF FINANCE | | | 1600- 7TH AVENUE | | TROY NY 12180 | |
| 003363P001-1252A-038 | RENZHI QIN DBA COMFORT INN LOS LUNAS | RENZHI QIN | | 1711 MAIN STREET SOUTHWEST | | LOS LUNAS NM 87031 | |
| 008690P001-1252A-038 | REOTT LAW OFFICES LLC | | | 35 EAST WACKER DRIVE | SUITE 650 | CHICAGO IL 60601 | |
| 008691P001-1252A-038 | REPUBLIC ASSOCIATES | | | INDUSTRIAL EQUIPMENT APPRAISER | PO BOX 625 | YORK SC 29745 | |
| 010644P001-1252A-038 | REPUBLIC TITLE OF TEXAS, INC. | | | 2701 WEST PLANO PARKWAY | SUITE 100 | PLANO TX 75075 | |
| 008692P001-1252A-038 | RESEARCH CORP FOR THE | | | UNIVERSITY OF HAWAII | 2404 MAILE WAY D-307 | HONOLULU HI 96822 | |
| 008693P001-1252A-038 | RESEARCH SPECIALIST INC. | | | 2637 EDENBORN AVE | SUITE 201 | METAIRIE LA 70002 | |
| 008694P001-1252A-038 | RESEARCH SPECIALISTS, INC. | | | 2637 EDENBORN AVE. | SUITE 201 | METAIRIE LA 70002 | |
| 000712P001-1252A-038 | RESEARCH SUPPORT PERSONNEL | JANET J. MARDEN | | 535 NORTH OLIVER | | WICHITA KS 67208 | |
| 003797P001-1252A-038 | RESH LT, LLC - CEDARTOWN, GA | RON RESH AND VALARIE REYNOLDS-RESH | | P.O. BOX 576567 | | MODESTO CA 95357 | |
| 008696P001-1252A-038 | RESHAM SHERGILL | | | 2107 S. LARKIN AVE | | FRESNO CA 93727 | |
| 008697P001-1252A-038 | RESIDENTIAL HOME FUNDING CORP. | | | 520 NORTH STATE RD. | | BRIARCLIFF MANOR NY 10501 | |
| 008698P001-1252A-038 | RESIDENTIAL MORTGAGE CAPITAL | | | DBA FIRST SECURITY LOAN | 781 LINCOLN AVE., STE 200 | SAN RAFAEL CA 94901 | |
| 008699P001-1252A-038 | RESIDENTIAL MORTGAGE GROUP | | | 1620 6TH STREET S.E. | | WINTER HAVEN FL 33880 | |
| 001844P001-1252A-038 | RESOURCE PROPERTY SOLUTIONS, INC | CYNTHIA S. WILLIAMS, PRESIDENT | | 201 JOANNA DRIVE | | ELIZABETH CITY NC 27909-6375 | |
| 008700P001-1252A-038 | RESPONSE PERSONNEL, INC. | | | 23 EAST 39TH STREET | | NEW YORK NY 10016-0930 | |
| 002586P001-1252A-038 | RESPONSIBLE REALTY CORP. AND | RESPONSIBLE REMODELING, INC. | JOHN A. ROTHE | 560 MERRICK RD. | | BALDWYN NY 11510 | |
| 008701P001-1252A-038 | RESTAURANT DESIGN & SALES, LLC | | | 1813 130TH AVENUE N.E. | SUITE 220 | BELLEVUE WA 98005 | |
| 008702P001-1252A-038 | RESULTS REAL ESTATE | | | PARTNERS, LLC | 108 COMMERCE STREET #200 | LAKE MARY FL 32746 | |
| 001470P001-1252A-038 | RETIREMENT RESOURCES, INC | LOREN W. OLSON, PRESIDENT | | 7101 COLLEGE BLVD.-SUITE 1610 | | OVERLAND PARK KS 66210-2077 | |
| 000355P001-1252A-038 | REUBEN HOWARD SIVERLING | BUSINESS DEVELOPMENT OFFICER | | 7924 NW ANITA DR | | KANSAS CITY MO 64151 | |
| 008703P001-1252A-038 | REUBEN TOMLIN | | | 4120 CUMMINGS | | N. RICHARD HILLS TX 76180 | |
| 003838P001-1252A-038 | REVMASTER, LLC AND WOODCREST LANES LLC | ROGER HASKELL, MANAGER | | 100 N. GRANDVIEW STREET | | UNION CITY OH 45390 | |
| 008705P001-1252A-038 | REX MCGILL, INC. | | | 940 N. HIGHLAND AVE. | SUITE 100 | ORLANDO FL 32803 | |
| 001746P001-1252A-038 | REX RANCH, LLC | PATRICIA N. ROSS | | P.O. BOX 636 | | AMADO AZ 85645 | |
| 008706P001-1252A-038 | REXELL INDUSTRIES | | | 1904 WOODSLEE | | TROY MI 48083 | |
| 002151P001-1252A-038 | REYES-FRAGOSO LANDSCAPING, LLC | MARIA REYES,EZEQUIEL REYES, | SAUDIEL REYES-FRAGOSO, ALBINO REYES-FRAGOSO | 1321 JENNINGS PARKWAY | | SANTA ROSA CA 95401 | |
| 008707P001-1252A-038 | REYNOLDS ASPHALT &CONSTRUCTION | | | P.O. BOX 370 | | EULESS TX 76039-0370 | |
| 003265P001-1252A-038 | RFM GROUP, LLC DBA SPRINGTOWN INN | ROBERT AND SYLVIA MONACH | | 3258 ROUTE 212 | | SPRINGTOWN PA 18081 | |
| 001044P001-1252A-038 | RFP SALES, LLC DBA WOODSTOCK SUPPLY | LARRY R. WEST, MANAGING MEMBER | | PO BOX 236 | | WOODSTOCK AL 35188 | |
| 003433P001-1252A-038 | RGV REALTY, LLC AND HANSEL & | GRETEL EARLY LEARNING CENTER, INC. | CHRISTINA M. VILLASANA, | 3300 SANTA BARBARA BOULEVARD | | CAPE CORAL FL 33914 | |

# Ciena Capital LLC
# EXHIBIT PAGES

| CR. # | NAME1 | NAME2 | NAME3 | ADDRESS1 | ADDRESS2 | CITY, STATE, ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 002160P001-1252A-038 | ROGER D. MIMS & PATRICK N. MIMS & | MIMS LANDSCAPING, RESTAURANT AND MAR | | ROGER D. MIMS AND PATRICK N. MIMS | 1065 HWY 49 SOUTH (TALLASSEE STREET) | DADEVILLE AL 36853 | |
| 003168P001-1252A-038 | ROGER F. PIRES | DBA RAYNE OF THE CENTRAL VALLEY | | 1950 EAST PACHECO BOULEVARD | | LOS BANOS CA 93635 | |
| 001707P001-1252A-038 | ROGER HARRIS DBA ROGER HARRIS & ASSOCIATES | ROGER HARRIS | | 4110 BELMONT SHORES LANE | | MISSOURI CITY TX 77459 | |
| 008822P001-1252A-038 | ROGER TURNER COMPANY | | | 401 E. DOUGLAS | SUITE 215 | WICHITA KS 67202 | |
| 002783P001-1252A-038 | ROGERS MEMORIAL MANAGEMENT COMPANY, LLC | DBA SUNRISE MEMORIAL PARK, PRE | MR. DONAL MIDDLETON | 735 HWY 145 SOUTH | | BALDWYN MS 38824 | |
| 000287P001-1252A-038 | ROJIN LEE | NATIONAL ACCOUNTS REPRESENTATIVE | | 41-29 41ST STREET APT. 4H | | LONG ISLAND CITY NY 11104 | |
| 008823P001-1252A-038 | ROLAND B. METCALF, JR. | | | P.O. BOX 1013 | | CHESTERFIELD VA 23832 | |
| 008824P001-1252A-038 | ROLAND GARROS, INC. | | | 3206 W. WIMBLETON DR. | | AUGUSTA GA 30909 | |
| 003959P001-1252A-038 | ROLAND GARROS, INC. | DBATHE CLUB AT RAES CREEK AND | CUTLER LAW GROUP | RICHARD M. CUTLER | 3206 W. WIMBLEDON DRIVE | AUGUSTA GA 30909 | |
| 004234P001-1252A-038 | ROLAND PENTA AND BEVERLY PENTA & | PHELPS SUNGAS, INC. | ROLAND PENTA, PRESIDENT | 224 CROSS ROAD | | GENEVA NY 14456 | |
| 002661P001-1252A-038 | ROLLAND R. AND DIANE L. HEALY | DBA LAKE VALLECITO COUNTRY MARKET DBA LA | ROLLAND R. HEALY & DIANE L. HEALY | 18071 COUNTY ROAD 501 | | BAYFIELD CO 81122 | |
| 001055P001-1252A-038 | ROLLIN, INC DBA HIP STOP MARKETPLACE | TAMMY M. AUSTIN, PRESIDENT | | 814 SOUTH MYRTLE SCHOOL RD. | | GASTONIA NC 28052 | |
| 008825P001-1252A-038 | ROLLING CREEK UD | | | 11111 KATY FWY | SUITE 725 | HOUSTON TX 77079 | |
| 008826P001-1252A-038 | ROLLING HILLS COUNTRY CLUB | | | P.O. BOX 12388 | | WICHITA KS 67277 | |
| 003741P001-1252A-038 | ROLLING RIDGE RETIREMENT CENTER, INC., | ELEONORE PIETRUSEWICZ,DEBRA BOWL | ELEONORE J. PIETRUSEWICZ | P.O. BOX 130 | 700 MOUNT OLIVE DRIVE | NEWTON GROVE NC 28366-0130 | |
| 008827P001-1252A-038 | ROMA PALACE, LLC | | | 4550 W. BUCKINGHAM RD.# D | | GARLAND TX 75042 | |
| 003324P001-1252A-038 | ROMA PALACE, LLC | BALDEV SINGH & HARMISH KAUR, MEMBERS | | 4550 WEST BUCKINGHAM | | GARLAND TX 75042 | |
| 010651P001-1252A-038 | ROMA PLACE, LLC | | | 4550 WEST BUCKINGHAM | | GARLAND TX 75042 | |
| 000467P001-1252A-038 | ROMA'S LLC. DBA ROMA'S ITALIAN BISTRO | DONNA C. PORTER, MEMBER | | 207 A 20TH STREET NORTH | | BIRMINGHAM AL 35203 | |
| 003035P001-1252A-038 | ROMEO C. AND MIRA B. CABALAR & | RC CONSULTING ENGINEERS, INC. | ROMEO C. AND MIRA B. CABALAR | 317 PIERCY ROAD | | SAN JOSE CA 95138 | |
| 008828P001-1252A-038 | RON KASSHAMOUN | | | 42347 SABLE BLVD. | | STERLING HEIGHTS MI 48314 | |
| 003392P001-1252A-038 | RON RESH AND/OR VALARIE REYNOLDS-RESH, | TRUSTEES UNDER THE RESH LIVING | | P.O. BOX 576567 | | MODESTO CA 95357 | |
| 003612P001-1252A-038 | RON RESH AND/OR VALARIE REYNOLDS-RESH, | TRUSTEES UNDER THE RESH LIVING | RON RESH AND VALARIE REYNOLDS-RESH | P.O. BOX 576567 | | MEDESTO CA 95357 | |
| 003870P001-1252A-038 | RON RESH INVESTMENTS, LLC | (WENDY'S - CLEVELAND) | RONALD & VALARIE RESH, TRUSTEES | P.O. BOX 576567 | | MODESTO CA 95357 | |
| 003798P001-1252A-038 | RON RESH INVESTMENTS. LLC (CHATTANOOGA) | RON RESH AND VALARIE REYNOLDS-RESH | | P.O. BOX 576567 | | MODESTO CA 95357 | |
| 003874P001-1252A-038 | RON RESH INVESTMENTS, LLC - ROME | RON RESH AND VALARIE REYNOLDS-RESH | | P.O. BOX 576567 | | MODESTO CA 95357 | |
| 008829P001-1252A-038 | RON SHARAK | | | 38855 SUTTON ST. | | STERLING HEIGHTS MI 48310-2878 | |
| 001443P001-1252A-038 | RON'S AUDIO VIDEO CONNECTION CO., | RONALD BRYANT, PRESIDENT | | 58 FISCHER LANE | | PALM COAST FL 32137 | |
| 008830P001-1252A-038 | RONAK ENTERPRISES, INC. | | | 5029 ENGLEWOOD LANE | | ZEPHYR HILLS FL 33541 | |
| 008831P001-1252A-038 | RONAK PROJECT DEVELOPMENT CORP | | | ONE BLUE HILL PLAZA | 11TH FLOOR | PEARL RIVER NY 10965 | |
| 003922P001-1252A-038 | RONALD A. WELLER AND N.T.M., INC. | RONALD A. WELLER, PRESIDENT | | P.O. BOX 341 | | NEWPORT PA 17074 | |
| 008832P001-1252A-038 | RONALD LOY | | | 34360 SOUTH OLD BLACK | CANYON HWY | BLACK CANYON CITY AZ 85324 | |
| 008833P001-1252A-038 | RONALD RICHARDSON | | | 770 MILLS ROAD | | HOLLISTER NC 27844 | |
| 008834P001-1252A-038 | RONALD S. KEETH, SRA, RAA | | | APPRAISAL GROUP OF SW FL, INC. | 767 106TH AVENUE N. | NAPLES FL 34108 | |
| 001142P001-1252A-038 | RONALD W. ALLEN DBA K & C MINI MARKET | RONALD W. ALLEN | | 1501 CARSWELL | | BALTIMORE MD 21218 | |
| 008835P001-1252A-038 | RONALD W. BEVAN | | | 101 NORTH MARYLAND AVE. | | WILMINGTON DE 19804 | |
| 000980P001-1252A-038 | RONALD W. NORRIS DBA FULL BLOWN MINIS | RONALD W. NORRIS | | 412 EISENHOWER BLVD | | ELK CITY OK 73644 | |
| 000765P001-1252A-038 | RONALD WREN DBA EARLY BIRD TRANSPORTATION | RONALD WREN, SOLE PROPRIETOR | | 3804 BLUEJAY ROAD | | MEMPHIS TN 38116 | |
| 008836P001-1252A-038 | RONNIE L. GALLOWAY | | | GALLOWAY APPRAISAL | 2525 NESLON MILLER PKWY. #101 | LOUISVILLE KY 40223 | |
| 008837P001-1252A-038 | RONNIE PATEL | | | 2550 GRAYFALLS DRIVE | SUITE 100 | HOUSTON TX 77077 | |
| 002755P001-1252A-038 | ROOHI JOOHI, INC. DBA DOUBLE M GROCERY | AMIR K. MAKNOJIA, PRESIDENT | | 7700 EAST MARTIN LUTHER KING BOULEVARD | | AUSTIN TX 78724 | |
| 001290P001-1252A-038 | ROOSEVELT FLETCHER, SOLE PROPRIETOR | DBA MICHAEL ANTHONY PRINTING | | 3080 GLENSHAW AVENUE | | COLUMBUS OH 43231 | |
| 004803P001-1252A-038 | ROOSEVELT, BENOWICH & LEWISLLP | | | 1025 WESTCHESTER AVE | | WHITE PLAINS NY 10604 | |
| 008838P001-1252A-038 | ROSA ALLEN | | | 3 S. 12TH STREET | | RICHMOND VA 23236 | |
| 000433P001-1252A-038 | ROSA GARCIA DBA AMELIA'S FLOWERS & GIFT | ROSA GARCIA | | 13000 SOCORRO ROAD | | SAN ELIZARIO TX 79849 | |
| 000734P001-1252A-038 | ROSA M. RODRIQUEZ DBA D'KOLOR | ROSA M. RODRIQUEZ | | 1117 W. WISCONSIN ROAD | | EDINBURG TX 78539 | |
| 000014P001-1252A-038 | ROSALIA FERNANDEZ | FILE CLERK - PART TIME | | 5000 BROADWAY APT. 3K | | NEW YORK NY 10034 | |